**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| JACQUELYN OWEN on Behalf of Herself and on Behalf of All Others Similarly Situated,<br><br>　　Plaintiff,<br><br>v.<br><br>LANDRY'S, INC., LANDRY'S SEAFOOD HOUSE - FLORIDA, INC., and RAINFOREST CAFÉ, INC.,<br><br>　　Defendants. | § § § § § § § § § § § § § § §　　CIVIL ACTION NO. 6:21-CV-0372-CEM-LRH |

**NOTICE OF VOLUNTARY DISMISSAL PURUSANT TO RULE 41(a)(1)(A)(i)**

　　Plaintiff Jacquelyn Owen files this Notice of Dismissal Without Prejudice pursuant to Rule 41(a)(1)(A)(i) and would respectfully show the Court the following:

I.

　　1.　　Plaintiff filed her Complaint on February 24, 2021. (Dkt. 1). To date, Defendants have not filed an Answer or Motion for Summary Judgment.

　　2.　　This case is not governed by any federal statute that requires a court order for dismissal of the case.

　　3.　　Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

　　4.　　This dismissal is <u>without prejudice</u>.

　　5.　　All costs and fees accrued to date shall borne by the party incurring the same.

1

        Respectfully submitted,

        HODGES & FOTY, L.L.P.

        By: /s/ Don J. Foty
            Don J. Foty
            (admitted *pro hac vice*)
            dfoty@hftrialfirm.com
            Texas Bar No. 24050022
            4409 Montrose Blvd., Suite 200
            Houston, TX 77006
            Telephone: (713) 523-0001
            Facsimile: (713) 523-1116

        ATTORNEY IN CHARGE FOR PLAINTIFF

        AND

        By: /s/ *Ria N. Chattergoon*
            Ria N. Chattergoon
            RC Law Group
            ria@therclawgroup.com
            Florida Bar No. 15099
            3900 Hollywood Boulevard, Suite 301
            Hollywood, FL 33021
            Tel: (954) 400-1620
            Fax: (954) 400-1676

        *Local Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    This is to certify that on July 22, 2021 a true and correct copy of the foregoing instrument was served via the Court's electronic filing system.

        /s/ *Don J. Foty*
        Don J. Foty